DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DCHAE T. MADISON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-91

[February 25, 2021]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Robert Panse, Judge; L.T. Case Nos. 50-2019-MM-002571AXXX-NB and 50-2020-AP-000002-ZXXX-MB.

Carey Haughwout, Public Defender and L.K.S. Fagan, Assistant Public Defender, West Palm Beach, for appellant.

David Aronberg, State Attorney, and Joseph R. Kadis, Assistant State Attorney, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***